IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD CASAREZ,

    Petitioner,                                              No. CIV S-05-2560 GEB KJM P

    vs.

RICHARD RIMMER, et al.,

    Respondents.                  <u>ORDER</u>

/

        Petitioner, a state prisoner at Rio Cosumnes Correctional Center, has filed documents styled "motion to dismiss" and "petition for writ of mandate," seeking dismissal of a case for vindictive prosecution. It appears that petitioner is seeking to file a petition for a writ of habeas corpus with regard to his trial and/or parole revocation proceedings in the state court. No other pleadings have been filed by the petitioner.

        In order to commence a habeas, petitioner must file a petition on the form prescribed by this court, and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. <u>See</u> Rules 2 & 3, Rules Governing Section 2254 Proceedings. The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, petitioner's motion will be denied without prejudice. Petitioner will be provided the opportunity to file his petition, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Petitioner's December 12, 2005 motion to dismiss is denied without prejudice;

3       2. Petitioner's May 31, 2006 petition for writ of mandate is denied without

4 prejudice;

5       3. Petitioner is granted thirty days from the date of service of this order to file a

6 habeas petition; the petition must bear the docket number assigned this case; petitioner must file

7 an original and two copies of the complaint.  Petitioner shall also submit, within thirty days from

8 the date of this order, the application to proceed in forma pauperis on the form provided by the

9 Clerk of Court, or the filing fee in the amount of $5.00.  Petitioner's failure to comply with this

10 order will result in a recommendation that this matter be dismissed;

11       4. The Clerk of the Court is directed to send petitioner the court's form for filing

12 a habeas petition by a state prisoner, and the appropriate application to proceed in forma pauperis

13 by a prisoner, using the address of record provided by petitioner; and

14       5. The Clerk of the Court is directed to change the "nature of suit" designation

15 from prisoner civil rights to general habeas corpus.

16 DATED: August 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

23 2/mp
casa2560.no complaint

2